CMM:AT
F. #2024R00878

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

RONALD ROTH,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 05 2024

LONG ISLAND OFFICE

INFORMATION
CR24 494
Cr. No. _____
(T. 18, U.S.C., §§ 981(a)(1)(C), 1343,
1349, 2 and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

AZRACK, J.

LOCKE, M. J.

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Conspiracy to Commit Wire Fraud)

    1.    In or about and between January 2022 and September 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RONALD ROTH, together with others, did knowingly and intentionally conspire to devise a scheme and artifice to defraud one or more investors and potential investors, individuals whose identities are known to the United States Attorney, and to obtain money and property from them by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures and sounds, to wit: monetary transfers and online communications, contrary to Title 18, United States Code, Section 1343.

    (Title 18, United States Code, Sections 1349 and 3551 et seq.)

## COUNT TWO
## (Wire Fraud)

2. In or about and between April 2023 and November 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RONALD ROTH, together with others, did knowingly and intentionally devise a scheme and artifice to defraud Individual-1, an individual whose identity is known to the United States Attorney, and to obtain money and property from Individual-1 by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures and sounds, to wit: monetary transfers, online communications with Individual-1 and other electronic communications.

(Title 18, United States Code, Sections 1343, 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

3

        (d)        has been substantially diminished in value; or

        (e)        has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

By: *Whitman G.S. Knapp, AUSA*
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK