UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

RONALD ROTH,

                Defendant.

- - - - - - - - - - - - - - - - - - -X

ORDER ACCEPTING
GUILTY PLEA

Docket No. 24-CR-494 (JMA)

      IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on December 10, 2024, before United States Magistrate Judge Steven I. Locke, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

      IT IS HEREBY ORDERED that the guilty plea of the defendant, offered on December 10, 2024 before Magistrate Judge Locke is accepted.

      IT IS SO ORDERED.

                                          /s/ Joan M. Azrack
                                          THE HONORABLE JOAN M. AZRACK
                                          UNITED STATES DISTRICT JUDGE
                                          EASTERN DISTRICT OF NEW YORK

Dated:   Central Islip, New York
           January 13, 2025